No. 96–1625. DELK ET AL. *v.* FORD MOTOR CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1626. ASAM *v.* RYAN, ACTING JUDGE, CIRCUIT COURT OF DALLAS COUNTY. C. A. 11th Cir. Certiorari denied.

No. 96–1629. PEELER *v.* SPARTAN RADIOCASTING, INC., ET AL. Sup. Ct. S. C. Certiorari denied.

No. 96–1630. BEISWENGER ENTERPRISES CORP. *v.* CARLETTA ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–1631. DORF & STANTON COMMUNICATIONS, INC., ET AL. *v.* MOLSON BREWERIES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–1636. LEBBOS *v.* MASSACHUSETTS STATE BAR. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–1644. GREEN *v.* UMANA. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 96–1646. GIORGIO ET UX. *v.* TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–1649. KEATON ET AL. *v.* OHIO. Ct. App. Ohio, Fayette County. Certiorari denied.

No. 96–1650. SCHEETZ, TRUSTEE OF THE SEVILLE CORPORATE PARK SUBDIVISION TRUST U/A DATED DECEMBER 1, 1988 *v.* VILLAGE OF SEVILLE. Ct. App. Ohio, Medina County. Certiorari denied.

No. 96–1659. DOODY *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–1660. DUNLAP *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–1662. DANIELS *v.* KANSAS CITY SOUTHERN RAILWAY. Co. Ct. App. Mo., Western Dist. Certiorari denied.